JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG HEE PARK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN PROGRESSIVE MORTGAGE LLC., a California limited liability corporation; THE BANK OF NEW YORK MELLON TRUST COMPANY, a national association, formally known as THE BANK OF NEW YORK TRUST COMPANY, a national association as successor to JPMORGAN CHASE BANK, a national association, as trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RS2, by OCWEN LOAN SERVICING, LLC; JUST MORTGAGE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00154-SVW-JC<br><br>Hon. District Judge Stephen V. Wilson<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Hearing:** [No Hearing Required] |

The Court having considered the Joint *Stipulation for Dismissal of Entire Action* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation") entered into by and between *plaintiff* Sung Hee Park and *defendants* Western Progressive LLC (erroneously sued herein as Western Progressive Mortgage LLC), The Bank of New York Mellon fka The Bank of New York Trust Company, as

Trustee of The Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RS2 (erroneously sued herein as The Bank of New York Mellon Trust Company), and Ocwen Loan Servicing, LLC (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties.

**IT IS SO ORDERED**.

Dated: February 07, 2018

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE